Tevis T. Thompson, Jr.
Chapter 7 Bankruptcy Trustee
P.O. Box 1110
Martinez, CA 94553
Tevist@sbcglobal.net
(925) 228-0120
(925) 228-0526 fax

RECEIVED

AUG 2 3 2011

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

FILED

AUG 1 9 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

In Re:                                             Case No. 09-72263 J7

                                                   Chapter 7

TRIAXIS MEDICAL DEVICES, INC.,

_____/   **NOTICE OF UNCLAIMED**
            Debtor.                    **DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the court, unclaimed dividends in the amount of $117.62. The Names(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---------|----------------------------|--------------|-----------------|
| 1 | Tim Brackbill<br>454 Vassar Avenue<br>Berkeley, CA 94708 | $935.25 | $117.62 |

**Total Dividend Amount**                                    **$117.62**

Dated: August 11, 2011

                                        Tevis T. Thompson, Jr.
                                        Chapter 7 Bankruptcy Trustee